**Order entered January 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01569-CV

### IN THE INTEREST OF J.W.C., A CHILD

### On Appeal from the 301st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-13-17254-T

## ORDER

Before the Court is appellants' January 19, 2015, motion for additional time to file their brief. We **GRANT** appellants' motion and **ORDER** appellants' brief be filed no later than February 2, 2015. We caution appellants that no further extensions will be granted in this accelerated termination case absent exigent circumstances.

/s/     CRAIG STODDART
         JUSTICE